# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140945(65)

KEVIN KROHN,
      Plaintiff-Appellant,

v

HOME-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 140945
COA: 283862
Lenawee CC: 06-002176-NF

_____

      On order of the Chief Justice, the motion to adjourn the oral argument and submission of this case to the April, 2011 session is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2011

_____
Clerk